1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JEFF HOLBEIN,
                                         NO. CIV. S-06-111 LKK/JFM
12           Plaintiff,

13       v.                              **ORDER RE DISPOSAL
                                         DOCUMENTS AFTER**
14  MINH DU VU; and HUONG THI LE         **NOTIFICATION OF SETTLEMENT**
    VU, dba MOTEL 9,
15
             Defendants.
16  _____/

17       Counsel for plaintiff has informed the court that the parties
18  have settled the above-captioned case.  The court now orders that
19  the dispositional documents disposing of the case be filed no later
20  than thirty (30) days from the effective date of this order.
21       All hearing dates heretofore set in this matter are hereby
22  **VACATED.**
23  ////
24  ////
25  ////
26  ////

                                    1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4  IT IS SO ORDERED.
5  DATED: March 28, 2006.

```
                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```